# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE:<br>Quinebaug Camp Properties, LLC<br>DEBTOR | CASE NO.  1:25-BK-10145<br>CHAPTER 11 |

## ORDER APPROVING STIPULATION FOR ADEQUATE PROTECTION

     IT IS HEREBY ORDERED that the Stipulation between D'Amico Lending, LLC and Quinebaug Camp Properties, LLC filed on or about _____, 2025 in the above matter is APPROVED.

Dated: _____, 2025

                                                                        BY THE COURT:

                                                                        UNITED STATES BANKRUPTCY JUDGE